## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 3:10-cr-181

 - vs -    District Judge Timothy S. Black
    Magistrate Judge Michael R. Merz

DWIGHT DAVID COMBS,

        Defendant.    :

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. # 9)

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #9), to whom this case was referred pursuant to 28 U.S.C. § 636(b) and Fed. R. Crim. P. 59, and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 59(b)(2) has expired, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the admission of alleged violation of trafficking in cocaine be accepted.

                                              _/s/ Timothy S. Black_
                                              Timothy S. Black
                                              United States District Judge